| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **RKR LEGAL** |
| Abbas Kazerounian, Esq. (249203) | Sina Rezvanpour, Esq. (274769) |
| ak@kazlg.com | sr@rkrlegal.com |
| Matthew M. Loker, Esq. (279939) | Sara Rezvanpour, Esq. (275956) |
| ml@kazlg.com | sara@rkrlegal.com |
| 245 Fischer Avenue, Unit D1 | Shuan Lue, Esq. (282883) |
| Costa Mesa, CA 92626 | shuan@rkrlegal.com |
| Telephone: (800) 400-6808 | 245 Fischer Ave, Suite D1 |
| Facsimile: (800) 520-5523 | Costa Mesa, California 92626 |
| | Telephone: (866) 502-0787 |
| | Facsimile: (866) 502-5065 |

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Joubin Mortezapour

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOUBIN MORTEZAPOUR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**FOOT LOCKER RETAIL, INC.,**<br><br>Defendant. | **Case No.:** CV14-5868 R (PLAx)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO FRCP 41(A)(1)(A)(I)** |

///
///
///
///

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO FRCP 41(A)(1)(A)(I)**
PAGE 1 OF 2

Plaintiff JOUBIN MORTEZAPOUR ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully submits this Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure. In addition, Plaintiff has discussed the current dismissal with defense counsel and was informed that defense counsel does not object hereto.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims during the pendency of this action; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and, (iv) the putative class members are being dismissed without prejudice.

Plaintiff hereby moves to dismiss the Action WITH PREJUDICE as to Plaintiff and WITHOUT PREJUDICE as to the putative class members with each party to bear its own costs and attorneys' fees.

Date: September 30, 2014                                      **KAZEROUNI LAW GROUP, APC**

                                                              By:   ____/s Matthew M. Loker_____
                                                                        MATTHEW M. LOKER, ESQ.
                                                                        ATTORNEY FOR PLAINTIFF

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a **certified** class may be settled, voluntarily dismissed, or compromised only with the court's approval

*KAZEROUNI LAW GROUP, APC*
*245 FISCHER AVENUE, UNIT D1*
*COSTA MESA, CA 92626*