JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOUBIN MORTEZAPOUR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>FOOT LOCKER RETAIL, INC.,<br><br>Defendant. | Case No.: CV14-5868 R (PLAx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based upon Plaintiff's unilateral dismissal request, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice as to Plaintiff; and, without prejudice as to the putative class members. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 10/2/14

HON. MANUEL L. REAL
U.S. DISTRICT JUDGE